JS-6

# IN THE UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESSICA HUDSON,<br><br>        Plaintiff,<br><br>   v.<br><br>U.S BANK, N.A.,<br><br>        Defendant. | Case No.: CV 15-9713-GW(MRWx)<br><br>**ORDER OF DISMISSAL WITH PREJUDICE** |

Based upon the Stipulation to Dismiss by all appearing parties and pursuant to Fed. R. Civ. P. 41(a)(1), the above reference matter is hereby dismissed with prejudice.

**IT IS SO ORDERED.**

Dated: August 31, 2016

_____

GEORGE H. WU, U.S. District Judge